JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WISE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>　　　　Defendant. | Case No. CV10-7127-VBF (MANx)<br><br>Hon. Valerie Baker Fairbank<br><br>**ORDER RE: DISMISSAL** |

The Court having read and considered the Parties' Joint Stipulation re: Dismissal, and good cause appearing, **THEREFORE:**

**IT IS HEREBY ORDERED** that this action, entitled *Wise v. Ford Motor Company*, USDC Case No. CV10-7127-VBF (MANx), shall be and is dismissed with prejudice as to the claims of Plaintiff Thomas Wise and without prejudice as to any and all claims of the putative class, with each Party to bear his/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 3, 2011

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
United States District Court Judge

[PROPOSED] ORDER RE: DISMISSAL